UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **TRAY ALEX STEIN,** <br> **SID #927419,** <br><br> Petitioner, <br><br> vs. <br><br> **BEXAR COUNTY SHERIFF JAVIER SALAZAR,** <br><br> Respondent. | § § § § § § § § § § § § § § <br><br> Civil No. SA-21-CV-026-FB |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner, Tray Alex Stein's Writ of Habeas Corpus Under 28 U.S.C. § 2241, premised on failure to exhaust and the *Younger* abstention doctrine, and further, denying a Certificate of Appealability.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Petitioner's Request to Proceed IFP (ECF No. 4) is **GRANTED;**

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), filed by Petitioner Tray Stein is **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all pending motions, if any, are Denied as Moot and that a certificate of appealability is **DENIED**.

**IT IS FINALLY ORDERED, ADJUDGED and DECREED** that this case is **CLOSED.**

It is so ORDERED.

SIGNED this 11th day of March, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE